# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN ZAVALA, | 1:09-cv-00881-DLB (HC) |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR CONSIDERATION OF RECENTLY DECIDED CASES |
| v. | [Doc. 4] |
| KEN CLARK, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Now pending before the Court is Petitioner's motion for consideration of recently decided related cases, filed on May 11, 2009. (Court Doc. 4.) Petitioner requests that the Court consider several recent state and federal cases relating the denial of release on parole. The Court construes Petitioner's motion as a request for judicial notice of such cases. Petitioner is advised that the Court need not take judicial notice of case law. If Petitioner believes that certain case law is relevant to the claims raised in his petition, he may cite such decisions in his brief. Upon a review of the merits of the petition, the court will consider any and all applicable case law. Accordingly, it is HEREBY ORDERED that Petitioner's motion for judicial notice is DENIED.

IT IS SO ORDERED.

Dated: **May 20, 2009**           **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1